UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATE OF TENNESSEE,<br><br>Plaintiffs, *ex rel.*<br><br>TINA BOYD-SENG,<br><br>v.<br><br>MEDMANAGEMENT, INC.,<br>MID-SOUTH PAIN MANAGEMENT, P.C.,<br>and BLUE MOUNTAIN MEDICAL<br>ASSOCS., P.C.<br><br>Defendants. | Case No. 3:13-cv-1249<br>Judge Haynes<br><br>**UNDER SEAL**<br><br>Jury trial demanded |

## ORDER

Having considered the Government's Joint Motion for an Extension of Time to Further Investigate and Decide Whether to Intervene, and good cause having been shown, the court hereby GRANTS the motion.

The time in which the State of Tennessee and the United States may elect to intervene in this *qui tam* lawsuit is extended by six months to July 15, 2014. The Complaint and all other papers filed in this action shall remain under seal until further order of this court. This Order shall not be served on the Defendants.

IT IS SO ORDERED, this 27th day of January, 2014.

_____
U.S.D.J.