UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, *ex rel.*, TINA BOYD-SEND, <br><br> Plaintiffs, <br><br> v. <br><br> MEDMANAGEMENT, INC.; MID-SOUTH PAIN MANAGEMENT, P.C.; and BLUE MOUNTAIN MEDICAL ASSOCIATES, P.C. <br><br> Defendants. | CIVIL ACTION NO. 3:13-1249 <br> CHIEF JUDGE HAYNES <br><br> **FILED UNDER SEAL** <br><br> **JURY TRIAL DEMANDED** |

## [~~PROPOSED~~] ORDER

Upon consideration of the United States' and Tennessee's Unopposed Motion to Transfer Case to the United States District Court for the Eastern District of Tennessee, Knoxville Division, pursuant to 28 U.S.C. § 1404(a), and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** the Clerk of the Court shall transfer this case, under seal, to the United States District Court for the Eastern District of Tennessee, Knoxville Division.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge